IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 1:17-cv-00735-JFM |
| ) | |
| $189,150.00 U.S. CURRENCY, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OF COMPLAINCE

Claimant Michael Strohl ("Claimant") hereby advises and represents to the Court that he served counsel for the United States with his supplemental answers to the government's special interrogatories by email on September 29, 2017, and again on November 4, 2017, but has not yet received counsel's notification to the Court of receipt of same.

Respectfully submitted,

Michael P. Strohl, *pro se*
132 Joe Knox Ave. Ste 100
Mooresville, NC 28117
Tel. (202) 957-7063
mstrohl@lelantosgroup.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing was served this ___ day of _____, 2017 via U.S. Mail to the District Court Clerk, 101 West Lombard Street, Baltimore, MD 21201, and to Dana J. Brusca, via email dana.brusca@usdoj.gov, Assistant United States Attorney, 36 S. Charles Street, 4th Floor, Baltimore, MD 21201, attorney for Plaintiff.