IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. RDB-17-0735 |
| $189, 150.00 IN U.S. CURRENCY, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons stated in the foregoing Memorandum Opinion, it is this 6th day of February, 2018, ORDERED that:

1. Claimant's Motion to Dismiss (ECF No. 6) is DENIED; and

2. The Clerk of this Court shall transmit a copy of this Memorandum Order to Counsel of record and to the *pro se* Defendant.

_____
Richard D. Bennett
United States District Judge