**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| **Plaintiff,** | * |
| v. | *   Civil No. RDB-17-0735 |
| **$189,150.00 in U.S. CURRENCY** | * |
| **Defendant.** | * |

* * * * * * *

## STATUS REPORT AND MOTION FOR SCHEDULING ORDER

The government hereby submits this status report and proposed scheduling order in accordance with Fed. R. Civ. P. 16(b).  On March 17, 2017, the government filed a verified complaint for forfeiture against $189,150.00 in United States currency ("the defendant currency") seized from Michael P. Strohl by Homeland Security Investigations at the Baltimore-Washington International Airport on October 25, 2016.  ECF No. 1.  On May 15, 2017, Michael P. Strohl ("the Claimant"), *pro se*, filed a claim to the defendant currency.  ECF No. 5.  On that same date, the Claimant filed a motion to dismiss.  ECF No. 6.  The government sent the Claimant special interrogatories pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supp. Rules").  After the Claimant provided partial responses to the government's special interrogatories, the government responded to the Claimant's motion to dismiss, which motion the Court denied on February 6, 2018.  ECF No. 25.

No other claimants have filed claims to the defendant currency and the claim filing deadlines have expired.

Accordingly, the government proposes the following discovery schedule with respect to Mr. Strohl:

- May 30, 2018:
  Deadline for joinder of additional parties and amendment of pleadings.

- December 15, 2018:
  Discovery deadline; submission of status report.

- January 4, 2019:
  Requests for admission.

- January 31, 2019:
  Dispositive pretrial motions deadline.

Enclosed herewith is a proposed order setting out this schedule.

                Respectfully submitted,

                Stephen M. Schenning
                Acting United States Attorney

                /s/
                Dana J. Brusca
                Assistant United States Attorney
                36 S. Charles Street
                Fourth floor
                Baltimore, Maryland 21201
                (410) 209-4982

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that this Status Report and Motion for Scheduling Order was filed using CM/ECF on March 30, 2018, and served on all parties electronically via that system, and a copy was sent via United States mail to the claimant, Michael P. Strohl, at 132 Joe Knox Avenue, Suite 100, Mooresville, North Carolina 28117.

/s/_____
Dana J. Brusca
Assistant United States Attorney
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| **Plaintiff,** | * | |
| v. | * | Civil No. RDB-17-0735 |
| **$189,150.00 in U.S. CURRENCY** | * | |
| **Defendant.** | * | |

\* \* \* \* \* \* \*

## SCHEDULING ORDER

In accordance with Fed. R. Civ. P. 16(b),

the Court hereby adopts the following scheduling order to govern this case:

- May 30, 2018: Moving for joinder of additional parties and amendment of pleadings.

- December 15, 2018: Discovery deadline; submission of status report.

- January 4, 2019: Requests for admission.

- January 31, 2019: Dispositive pretrial motions deadline.

IT IS SO ORDERED.

_____
Richard D. Bennett
United States District Judge

_____
Date