IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil No. RDB-17-0735 |
| | * | |
| $189,150.00 in U.S. CURRENCY | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \*

## SCHEDULING ORDER

In accordance with Fed. R. Civ. P. 16(b),

the Court hereby adopts the following scheduling order to govern this case:

- May 30, 2018: Moving for joinder of additional parties and amendment of pleadings.

- December 15, 2018: Discovery deadline; submission of status report.

- January 4, 2019: Requests for admission.

- January 31, 2019: Dispositive pretrial motions deadline.

IT IS SO ORDERED.

_____
Richard D. Bennett
United States District Judge

April 2, 2018
Date