

MAY 21 2018

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | Civil No. ELH-17-0735 |
| | * | |
| Plaintiff, | * | May 17, 2018 |
| -vs- | * | |
| | * | |
| $189,150.00 in United States Currency, | * | |
| | * | |
| Defendant, | * | |
| | * | |

*******************************
Michael P Strohl,                    *
                                     *
            Claimant,                *
*******************************

## MOTION FOR EXTENSION OF TIME TO ANSWER

Defendant, Michael P Strohl, pro se, respectfully request an order granting defendant, pro se, an additional 90 days in which to respond to the Plaintiff's Complaint dated May 8, 2018. Due to the extensive amount of material the Plaintiff has requested I will need more time to gather all documentation and look for an attorney who can assist in this case.

Opposing Counsel has been properly notified of this request.

Respectfully submitted,

*[signature]*

Michael P Strohl, *pro se*
132 Joe Knox Ave Ste 100
Mooresville, NC 28117
Telephone: (202)-957-7063
Defendant, *pro se*

## CERTIFICATE OF SERVICE

This is to certify that a copy of this request for an extension of time to answer has been sent by ordinary United States Mail this 17day of May 2018 to:

Dana J. Brusca,
Assistant United States Attorney
36 S. Charles Street Forth Floor
Baltimore, Maryland 21201

Respectfully submitted,

*[signature]*

Michael P Strohl, *pro se*
132 Joe Knox Ave Ste 100
Mooresville, NC 28117
Telephone: (202)-957-7063

MICHAEL STROHL
132 JOE KNOX AVE
STE 100
MOORESVILLE N.C.
28117

CERTIFIED MAIL

7018 0040 0000 6540 4948

RETURN RECEIPT
REQUESTED

U.S. DISTRICT COURT
ATTN: CLERK OF COURTS
101 WEST LOMBARD STREET
BALTIMORE, MD
21201



U.S. POSTAGE
PAID
DENVER, NC
28037
MAY 17 18
AMOUNT
$7.41
R2304H108454-06