IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | Civil No. ELH-17-0735 |
| Plaintiff, | * | May 17, 2018 |
| -vs- | * | |
| $189,150.00 in United States Currency, | * | |
| Defendant, | * | |
| Michael P Strohl, | * | |
| Claimant, | * | |

## MOTION FOR EXTENSION OF TIME TO ANSWER

Defendant, Michael P Strohl, pro se, respectfully request an order granting defendant, pro se, an additional 90 days in which to respond to the Plaintiff's Complaint dated May 8, 2018. Due to the extensive amount of material the Plaintiff has requested I will need more time to gather all documentation and look for an attorney who can assist in this case.

Opposing Counsel has been properly notified of this request.

Respectfully submitted,

*/s/ Michael P Strohl*

Michael P Strohl, *pro se*
132 Joe Knox Ave Ste 100
Mooresville, NC 28117
Telephone: (202)-957-7063
Defendant, *pro se*

Request GRANTED this 22nd day of May, 2018.

*/s/ Richard D. Bennett*
Richard D. Bennett
United States District Judge