

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

*Dana Brusca*     *Suite 400*     DIRECT: 410-209-4842
*Assistant United States Attorney*     *36 S. Charles Street*     MAIN: 410-209-4800
*Dana.Brusca@usdoj.gov*     *Baltimore, MD 21201-3119*     FAX: 410-962-9293

December 14, 2018

Honorable Richard D. Bennett
United States District Judge
United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

    Re:    <u>*United States v. $189,150.00 in U.S. Currency*, Civil No. RDB-17-0735</u>

Dear Judge Bennett:

    I write to provide the Court with a status report in accordance with the scheduling order governing this case, ECF No. 27. Pursuant to the scheduling order, the discovery period is set to expire on December 15, 2018. However, discovery is not complete. Despite repeated attempts by the government to request relevant information from the claimant through interrogatories and document requests, and despite considerable extensions to the claimant's deadlines, the claimant has failed to respond to the government's discovery requests.

    This case was filed in March 2017. The government issued initial discovery requests in the form of special interrogatories in May 2017. The claimant responded in June with minimal responses consisting primarily of objections; moreover, the claimant failed to submit his responses under penalty of perjury as required by the Civil Rules. The government thereafter moved to compel, and the Court granted the motion and ordered the claimant to respond in full to the government's special interrogatories by September 29, 2017. The government finally received the claimant's amended responses on November 20, 2017.

    In April 2018, the Court denied the claimant's motion to dismiss and entered a discovery schedule in this case.

    On May 8, 2018, the government served the claimant written discovery requests in the form of interrogatories and document requests. In lieu of responding to these requests, in late May, the claimant requested a 90-day extension "to gather all information and look for an attorney." The Court granted the claimant request for an extension, which reset the claimant's response deadline to September 5, 2018, at the latest. The claimant failed to respond to the government's discovery requests and no attorney filed an appearance on the claimant's behalf by that time.

    On September 28, 2018, the government sent a letter notifying the claimant that his responses were past due, offering an additional extension of 14-days to submit his responses, and explaining that if he failed to respond, then the government may seek appropriate sanctions

including the dismissal of his claim. Nevertheless, the claimant did not respond by this further extension to October 12, 2018.

   To date, the claimant has failed to respond to the government's discovery requests issued on May 8, 2018. In fact, the government has not received any communications from the claimant since he filed his motion for a 90-day extension on May 21. Moreover, no attorney has appeared in this case on the claimant's behalf.

   The government now intends to file a motion to strike the claim for failing to respond to discovery requests. The government has been diligent in its attempts to move discovery forward while also providing the claimant with extensions and fair warnings as to the consequences of his noncompliance. The government will file its motion before the expiration of the dispositive pretrial motions deadline set forth in the scheduling order as January 31, 2019.

               Very truly yours,

               Robert K. Hur
               United States Attorney


             _____/s/_____
             Dana Brusca
             Assistant United States Attorney

cc: Michael Strohl (via certified mail)


APPROVED:


_____     _____
Richard D. Bennett               Date
United States District Judge