RDB-17-735

MAR 04 2019

Your Honor,

Though I know this letter will probably never do any good I would like to make it perfectly clear I did not and was not doing anything wrong and fund were to be used to by a very rare vehicle. I was and will continue to voice I was entrusted with the funds to buy a rare vehicle on behalf of my client. I was the person who told TSA which is in my statement what I had in the bag before it went through the scanner in case, they wished to inspect it. The senior officer which was called to the area who oversaw the terminal spoke with me and even after I presented my explanation and gave him all of my identification explained I should be on my way in a few minutes and then it went downhill.

Next thing I know every different agency wanted to get involved and still I was believed by those tactical officers on scene. It was not until four hours later that two young agents had to come in and tell me their boss who was on the phone said they had to seize the funds.

I will say it again, a supervisor on the phone told them to seize the funds even though I was told from them and heard them explain to their supervisor I didn't fit any of the profiles and should be let go were to confiscate the funds. Furthermore, when they did finally take the funds I was told to have my lawyer call the number given and they would be able to release the funds within 24 hours, which he called within about 15 minutes and the supervisor on the phone said "well it has been moved from his prevue and we would need to call back in a couple of days" that was October 25, 2016.

I want to also say the police officers were very professional and even escorted me to the DELTA counter agent and explained to no fault of my own that I was detained and please don't charge me for changing the ticket.

So, what has happened since that day on the 25th of October 2016.

- I was told the funds were turned over to US Customs and Border Patrol though I was not out of the country and was not entering the country I was traveling from Baltimore to Tustin California.
- I have spent a great deal of funds and time to try and prove my innocents but go figure the US government has an unlimited budget or at least a lot larger than I do so all they have done is waited until I could not afford to go any further kept the funds in fact as I said moved them to the Customs and Border patrol.
- The client I had to pay back his funds since the transaction never went through so what money I had to try and build a business is gone, so I am now out the funds the government seized, and the funds I paid to receive some guidance.

Sir, I am a retired soldier who sent 23 years of my life defending our way of life in many countries throughout this world. I retired honorably and have lived my life the best I can and always remembered my dad saying "I gave you our name don't screw it up" and I

have done my best not to. Yet I retire and try and make a living the first thing I am told is you are doing something illegal from a person who never meet me and didn't listen to his guys on the ground who advised him to let me go, and because I am not a rich man I do not have the funds to continue this fight against the government which I protected for so many years.

So, you ask "do I agree to this", I will never agree to this and will tell you until the day I die I am innocent though due to lack of funds will have to let this case go. I know this does nothing regarding the funds and to be honest I don't care a bit about the money anymore. I care more about what I consider the bulling which has occurred and my family name. My family name has been tarnished from this for no reason except for an overzealous supervisor who didn't listen to them men on the ground.

I appreciate your time

Thank you

Michael P Strohl

MICHAEL STROHL
132 JOE KNOX AVE
STE. 100
MOORESVILLE, NC
28117

_____ FILED  _____ ENTERED
_____ LOGGED _____ RECEIVED

MAR 04 2019

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND



U.S. POSTAGE PAID
PM 2-Day
YUBA CITY, CA
95991
MAR 02, 19
AMOUNT
$10.40
1006   21201   R2304P118974-05

CLERK, UNITED DISTRICT COURT
  BY           DEPUTY
101 W LOMBARD STREET
BALTIMORE, MARYLAND
21201-2691

EXPECTED DELIVERY DAY: 03/04/19
USPS SIGNATURE TRACKING NUMBER