UNITED STATES DISTRICT COURT
                        DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,          :

        Plaintiff,                 :

        v.                         :        Civil No. RDB-17-0735

$189,150.00 IN U.S. CURRENCY,      :

        Defendant.                 :

                              : : : : :

## CONSENT MOTION FOR FINAL ORDER OF FORFEITURE
## PURSUANT TO SETTLEMENT AGREEMENT

The United States of America ("the government"), with the consent of the claimant, Michael P. Strohl ("the Claimant"), hereby moves for entry of an order of forfeiture and in support of such motion states the following:

1. The Verified Complaint for Forfeiture of the defendant currency was filed on March 17, 2017. ECF No. 1.

2. The defendant currency was seized by the United States Department of Homeland Security, Homeland Security Investigations from Michael P. Strohl on October 25, 2016, at the Baltimore-Washington International Airport in the State of Maryland. The government alleges that the defendant currency is property involved in a violation of the Controlled Substances Act and therefore subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6).

3. Pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the government provided direct notice of this case to Michael P. Strohl, and provided constructive notice by publication on an official government internet site

(www.forfeiture.gov) for thirty (30) consecutive days. A copy of the notice and certification of advertising is attached hereto as **Exhibit A**.

4. On or about May 15, 2017, the Claimant filed a verified claim to the defendant currency. ECF No. 5.

5. No other claimants have come forward within the time allotted by law for the filing of claims, which is within sixty (60) days from the first date of publication. Supp. Rule G(5)(a). That time period expired on May 20, 2017.

6. On or about June 10, 2019, the Claimant and the government agreed to a disposition of the forfeiture action against the defendant currency. A copy of the fully executed settlement agreement is attached hereto as **Exhibit B**.

7. In its agreement with the Claimant, the government agreed to release 10% of the seized $189,150.00, *i.e.*, **$18,915.00**, to the Claimant through electronic funds transfer. The Claimant, in turn, agreed to not contest the forfeiture of the remaining 90% of the seized $189,150.00, *i.e.*, **$170,235.00**, to the government and to relinquish all right, title and interest in that portion of the defendant currency. The Claimant also agreed to bear his own costs and attorney's fees.

**WHEREFORE**, the United States of America respectfully requests that the Court enter judgment for the United States of America under the terms and conditions of the draft order submitted herewith for the convenience of the Court.

Date: June 13, 2019

                        Respectfully submitted,

                        Robert K. Hur
                        Acting United States Attorney

                        /s/_____
                        Dana J. Brusca
                        Assistant United States Attorney
                        36 South Charles Street
                        Fourth Floor
                        Baltimore, Maryland 21201
                        Tel: (410) 209-4800

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 13, 2019, a copy of the foregoing Consent Motion for Final Order of Forfeiture was filed via CM/ECF and a copy was sent via United States mail to the claimant, Michael P. Strohl, at 132 Joe Knox Avenue, Suite 100, Mooresville, North Carolina 28117.

/s/_____
Dana J. Brusca
Assistant United States Attorney