# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **Plaintiff,** | : | |
| v. | : | Civil No. RDB-17-0735 |
| **$189,150.00 IN U.S. CURRENCY,** | : | |
| **Defendant.** | : | |

: : : : :

## FINAL ORDER OF FORFEITURE

Having considered the parties' Consent Motion for Final Order of Forfeiture Pursuant to Settlement Agreement, it is this __17th__ day of __June__, 2019, hereby **ORDERED, ADJUDGED, and DECREED** that:

1. The United States of America provided notice of this case to known potential claimant Michael P. Strohl (the "Claimant") and provided constructive notice to all other potential claimants by publication of the pendency of this forfeiture action.

2. The Claimant filed a timely verified claim to the defendant property.

3. There are no other claimants to the defendant property and the time for filing a claim to contest this forfeiture has expired.

4. The United States of America has shown that there was reasonable cause for the seizure of the defendant property under 28 U.S.C. § 2465.

5. In accordance with the settlement agreement that is attached as **Exhibit B** to the government's motion, **$170,235.00** of the defendant property is **HEREBY FORFEITED** to the United States pursuant to 21 U.S.C. § 881(a)(6) and any right to such property held by any person

who did or could have filed a claim in this action is hereby extinguished. The remainder of the defendant property (**$18,915.00**) shall be released to the Claimant, subject to any offset under 31 U.S.C. § 3716.

6. The United States Marshals Service shall dispose of the defendant property in accordance with law and in accordance with the Settlement Agreement.

7. Each party shall bear its own costs.

8. The clerk of the court shall provide copies of this order to counsel of record.

9. The case is now CLOSED.

IT IS SO ORDERED.

_____
Richard D. Bennett
United States District Judge